# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ORANGEBURG DIVISION

| | | |
|---|---|---|
| Mable Scott, | ) | Civil Action No. |
| | ) | 5:08-2440-MBS-PJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Bamberg County School District 2, Secaida | ) | **CONSENT ORDER** |
| D. Howell, David Yates, Isaac Echoles, and | ) | |
| Randy Mack in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court upon joint motion and consent of the parties to dismiss the individual Defendants Secaida D. Howell, David Yates, Isaac Echoles, and Randy Mack from this action with prejudice. With the consent of the parties, it is therefore ordered that the individual Defendants Secaida D. Howell, David Yates, Isaac Echoles, and Randy Mack are hereby dismissed from this action with prejudice.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
United States District Judge

July 16, 2010

Columbia, South Carolina